**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME ("JERRY") SEELIG; and SEELIG+CUSSIGH HCO, LLC, a California limited liability company, | Case No.: 2:26-CV-4810-SSC |
| Plaintiffs, | **[PROPOSED]** **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |
| vs. | The Honorable Stephanie S. Christensen |
| HISCOX INSURANCE COMPANY, INC., an Illinois stock company, | As amended. |
| Defendants. | |

The Motion to Remand filed by Plaintiffs Jerome ("Jerry") Seelig and Seelig + Cussigh HCO, LLC ("Plaintiffs") was not opposed by Defendant Hiscox Insurance Company, Inc.

The Court, having considered the Motion, the Memorandum of Points and Authorities, the Declaration of Thomas K. Bourke, all pleadings and papers on file in this action, and any argument of counsel, and good cause appearing therefor, hereby finds that Plaintiffs' Motion should be granted on the basis that Defendant has not opposed Plaintiffs' Motion to Remand, which argued that remand is warranted because:

1. Defendant Hiscox Insurance Company, Inc. was served with the Complaint on April 2, 2026.

2. Defendant filed its Notice of Removal on May 4, 2026, more than thirty (30) days after service of the Complaint.

3. Under 28 U.S.C. § 1446(b)(1), a notice of removal must be filed within thirty (30) days after receipt by the defendant of the initial pleading.

4. Defendant failed to adequately allege diversity jurisdiction because it did not properly allege the citizenship of all members of Plaintiff Seelig + Cussigh HCO, LLC, as required for limited liability companies.

5. Defendant's removal of this action was untimely.

6. Defendant has not met its burden to establish federal subject-matter jurisdiction.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Remand is GRANTED.

2. This action is REMANDED to the Superior Court of the State of California, County of Los Angeles.

Proposed Order Granting Motion to Remand

3.  Defendant's Motion to Dismiss (ECF 7) is DENIED as moot.

4.  The Clerk of this Court shall forthwith send a certified copy of this Order to the Clerk of the Los Angeles County Superior Court.

5.  This Court declines to retain jurisdiction over this matter.

IT IS SO ORDERED.

Dated: June ___24___, 2026

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

Proposed Order Granting Motion to Remand