**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ("JERRY") SEELIG; and SEELIG+CUSSIGH HCO, LLC, a California limited liability company, | Case No.: 2:26-CV-4810-SSC |
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT AFTER REMAND |
| vs. | The Honorable Stephanie S. Christensen |
| HISCOX INSURANCE COMPANY, INC., an Illinois stock company, | |
| Defendants. | |

Under the Court's Order Granting Plaintiffs' Motion to Remand,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is remanded to the Superior Court of the State of California, County of Los Angeles. All hearings in relation to the Motion to Dismiss and Motion to Remand are vacated.

The Clerk shall close this case.

IT IS SO ORDERED.

Dated: June __24__, 2026



HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

---

Proposed Order Granting Motion to Remand